**Dismissed and Memorandum Opinion filed March 19, 2013.**



In The

# Fourteenth Court of Appeals

***

## NO. 14-12-00840-CV

***

## JOSEPH VILLAGOMEZ, Appellant

## V.

## ANNABELLA RAMIREZ, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-196737**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the trial court's ruling affirming the ruling of the associate judge. The clerk's record before this court contained no signed order. A supplemental clerk's record was ordered and filed by the Fort Bend County District Clerk. The supplemental record contains an affidavit averring that the order is not part of the case file and the ruling was made by docket entry. The

record contains a copy of the docket sheet and it reflects an entry, signed by the trial court, stating "Judge Ruiz's ruling of 6-26-2012 is affirmed."

An unsigned docket entry is not a final judgment or appealable order. *See Frank v. Brittany Square Apartments,* No. 14-09-00288-CV, 2009 WL 4810297 (Tex. App. -- Houston [14th Dist.] Dec. 15, 2009, no pet.) (mem. op); *Bryan v. Watumull*, 230 S.W.3d 503, 507 n.2 (Tex. App. -- Dallas 2007, pet. denied). "Docket sheet entries reflecting the trial court's rulings do not invoke our jurisdiction." *Kirven v. Hamilton*, No. 05-11-00627-CV, 2012 WL 1622343 (Tex. App. -- Dallas May 8, 2012, no pet.) (mem. op.).

On January 8, 2013, the court notified appellant of its intent to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.